UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIRANDA L. POPE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. C12-2157-RAJ<br><br>**ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The court has considered the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, as well as the balance of the record. The court notes that no one has objected to the R&R. The court orders as follows:

(1) The Court adopts the R&R. Dkt. # 19.

(2) The court REVERSES the Commissioner's decision and REMANDS this action to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) The clerk shall ensure that Judge Tsuchida receives notice of this order.

DATED this 11th day of July, 2013.

　　　　　　　　　　　　　　　　　*Richard A. Jones*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　United States District Court Judge

ORDER REVERSING AND REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 1