HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIRANDA L. POPE,

    Plaintiff,

    v.

CAROLYN W. COLVIN, in her capacity as Acting Commissioner of the Social Security Administration,[1]

    Defendant.

CASE NO. C12-2157RAJ

ORDER

The court GRANTS Plaintiff's motion for attorney fees (Dkt. # 22), but reduces fees slightly in accordance with the parties' agreement that the initial motion contains a minor calculation error. The court awards Plaintiff attorney fees of $5,164.66 and reimbursement of expenses in the amount of $24.83 for a total of $5,189.49 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff is also awarded $13.10 in costs under 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office:

> Law Office of Steven M. Robey
> 1414 F Street
> Bellingham, WA 98225

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be

---

[1] In accordance with Federal Rule of Civil Procedure 25(d), the court substitutes Ms. Colvin for her predecessor, Michael J. Astrue.

ORDER – 1

made payable to the Law Office of Steven M. Robey, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

DATED this 29th day of October, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2